■ In the Matter of RODNEY D. JAMES, Respondent, v R. GIL KERLIKOWSKE, as Commissioner of Police of City of Buffalo, et al., Appellants. [707 NYS2d 746] —Judgment unanimously affirmed without costs for the reasons stated in decision at Supreme Court, LaMendola, J. (Appeal from Judgment of Supreme Court, Erie County, LaMendola, J.—CPLR art 78.) Present—Green, A. P. J., Wisner, Pigott, Jr., Hurlbutt and Scudder, JJ.